UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. C-07-635-1 |
| OSWALDO CALDERON-TERRAZAS | § | |

## ORDER

The defendant's unopposed motion to unseal the transcript of the hearing held on December 19, 2007 (docket entry # 12) is GRANTED.`

It is, therefore, ORDERED that the Clerk of this Court shall unseal the aforementioned proceeding, but shall again place it under seal at the conclusion of the defendant's direct appeal.

SIGNED and ORDERED this 24th day of March, 2008.

_____
Janis Graham Jack
United States District Judge